## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: Terrorist Attacks on September 11, 2001                    Docket No.: 25-2334

Lead Counsel of Record (name/firm) or Pro se Party (name): Michael K. Kellogg, Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

Appearance for (party/designation): Defendant-Appellant / Cross-Appellee Kingdom of Saudi Arabia

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect.    Please change the following parties' designations:
     Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

[ ] This case has not been before this Court previously.
[✓] This case has been before this Court previously.    The short title, docket number, and citation are:_____
Please see attachment
[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____
Please see attachment

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
June 16, 2021_____OR that ( ) I applied for admission on_____or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Michael K. Kellogg
Type or Print Name: Michael K. Kellogg
          OR
Signature of pro se litigant: _____
Type or Print Name:_____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.

**ATTACHMENT TO ACKNOWLEDGEMENT AND NOTICE OF APPEARANCE**

Appeals from the district court litigation – *In re Terrorist Attacks on September 11, 2001*, Case No. 1:03-md-01570 – have previously been before this Circuit, including the following:

| Short Titles and Citations | Docket Nos. | Citations |
|---|---|---|
| *In re Terrorist Attacks on September 11, 2001* | 06-0319-cv(L), 06-0321-cv, 06-0348-cv, 06-0392-cv, 06-0397-cv, 06-0398-cv, 06-0436-cv, 06-0442-cv, 06-0453-cv, 06-0458-cv, 06-0461-cv, 06-0473-cv, 06-0477-cv, 06-0487-cv, 06-0657-cv, 06-0674-cv, 06-0693-cv, 06-0700-cv, 06-0702-cv | 538 F.3d 71 (2d Cir. 2008) |
| *In re Terrorist Attacks on September 11, 2001*<br><br>*In re Terrorist Attacks on September 11, 2001 (John Patrick O'Neill, Jr. v. Al Rajhi Bank)*<br><br>*In re Terrorist Attacks on September 11, 2001 (John Patrick O'Neill, Jr. v. Asat Trust Reg.)* | 11-3294-cv(L), 11-3407-cv, 11-3490-cv, 11-3494-cv, 11-3495-cv, 11-3496-cv, 11-3500- cv, 11-3501-cv, 11-3502-cv, 11-3503-cv, 11-3505-cv, 11-3506-cv, 11-3507-cv, 11-3508- cv, 11-3509-cv, 11-3510-cv, 11-3511-cv, 12-0949-cv, 12-1457-cv, 12-1458-cv, 12-1459-cv | 714 F.3d 109 (2d Cir. 2013)<br><br>714 F.3d 118 (2d Cir. 2013)<br><br>714 F.3d 659 (2d Cir. 2013) |
| *In re Terrorist Attacks on September 11, 2001 (Fed. Ins. Co. v. Kingdom of Saudi Arabia)* | 12-1318-cv(L), 12-1350-cv(CON), 12-1441-cv(CON), 12-1476-cv(CON), 12-1477-cv(CON), 12-1519-cv(CON) | 741 F.3d 353 (2d Cir. 2013) |
| *In re Terrorist Attacks on September 11, 2001* | 15-3426-cv(L), 15-3442-cv(CON), 15-3505-cv(CON), 15-3509-cv(CON), 15-3524-cv(CON), 15-3542-cv(CON), 15-3583-cv(CON), 15-3605-cv(CON) | 2017 WL 8776686 (2d Cir. Feb. 7, 2017) |
| *In re Terrorist Attacks on September 11, 2001 (Underwriting Members of Lloyd's Syndicate 2 v. Al Rajhi Bank)* | 18-1201-cv(L), 18-1264-cv(CON), 18-1266-cv(CON), 18-2162-cv(CON), 18-2171-cv(CON) | 779 F. App'x 66 (2d Cir. 2019) |

| | | |
|---|---|---|
| *Fiona Havlish, et al. v. The Taliban, et al.* | 23-258-cv(L), 23-263(CON), 23-304(CON), 23-346(CON), 23-444(CON) | 2025 WL 2447193 (2d Cir. Aug. 26, 2025) |
| *In re Terrorist Attacks on September 11, 2001* | 23-1319-cv(L), 23-1251 (CON), 23-1294 (CON), 23-1298 (CON), 23-1299 (CON, 23-1300 (CON), 23-1301 (CON),  23-1308 (CON), 23-1318 (CON), 23-1342 (XAP), 23-7261 (XAP) | 117 F.4th 13 (2d Cir. 2024) |
| *In re Terrorist Attacks on September 11, 2001* | 24-502-cv(L), 24-593-cv (CON) | *pending* |
| *In re Terrorist Attacks on September 11, 2001* | 25-108-cv(L), 25-280-cv(CON), 25-281-cv(CON), 25-320-cv(CON), 25-325-cv(CON), 25-327-cv(CON) | *pending* |
| *In re Terrorist Attacks on September 11, 2001 (Kreindler & Kreindler LLP v. Kingdom of Saudi Arabia)* | 23-1170-cv | --- F.4th ---, 2025 WL 2609490 (2d Cir. Sept. 10, 2025) |
| *In re Terrorist Attacks on September 11, 2001* | 25-2202 | *pending* |
| *In re Terrorist Attacks on September 11, 2001* | 25-02320, 25-2323, 25-2324 | *pending* |